# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:06CR55 |
| FREDERICK L. CARTER, | ) ) | **ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE DEFENDANT,

    IT IS ORDERED that the Change of Plea hearing is rescheduled to **July 5, 2006** at **1:00 p.m.** before Magistrate Judge Thalken in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **June 30, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 30th day of June, 2006.

                                               BY THE COURT:

                                               s/ Thomas D. Thalken
                                               United States Magistrate Judge